UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. GOODWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAWNA FRENCHIE REEVES,<br><br>　　　　Defendant. | No.  1:14-cv-0572----MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

　　　Plaintiff Mark A. Goodwin,  proceeding pro se in this action,  filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. section 1915 on April 21, 2014.  (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without  prepayment of fees.  Plaintiff's Motion to Proceed in forma pauperis is therefore GRANTED.

IT IS SO ORDERED.

　　Dated:　April 23, 2014　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1